**FILED**

December 23, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
ARNOLDO DUARTE , )
)
        Defendant. )

Case No. 2:16-CR-00231-TLN

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ARNOLDO DUARTE, Case No. 2:16-CR-00231-TLN, Charge 18 USC § 3606, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of $__

        ___    Unsecured Appearance Bond

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ✔    (Other)    Sacramento County Officials shall release dft to USM on 12/27/16 at 9:00 am, thereafter, dft shall be transported by Probation to Wellspace. All previous conditions of supervised release remain in full force and effect.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 23, 2016  at  1:05  pm  .

By  _____
      Deborah Barnes
      United States Magistrate Judge