# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Arnoldo  Duarte           **Docket Number:**   0972 2:16CR00231

**Name of Judicial Officer**:   Troy L. Nunley, United States District Judge

**Date of Original Sentence:**   9/9/2015

**Original Offense:** 18 U.S.C. §§922(g)(1) & 924(a)(2) Felon in Possession of a Firearm;  18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) Criminal Forfeiture Allegation

**Original Sentence:** 12 months custody at the Bureau of Prisons on count 1 of the Indictment; 3 years Supervised Release; Mandatory drug testing, No firearm, DNA collection and $100 Special Assessment.

**Special Conditions:**

   1. Drug/Alcohol Treatment and Testing with co-pay
   2. Financial restrictions
   3. Warrantless Search
   4. Refrain from the use and/or possession of any Synthetic Cannabis Substances
   5. No destructive device or weapon

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    2/5/2016

**Other Court Actions:**

12/09/2016:    Transfer of Jurisdiction from District of Alaska to Eastern District of California.

10/31/2016:    Prob 12A filed in District of Alaska. The defendant violated standard condition of supervision seven in that on October 28, 2016, the defendant was in possession of marijuana and admitted to consuming methamphetamine and marijuana.

12/16/2016:    Prob 12C Petition for Warrant or Summons for Offender Under Supervision filed alleging methamphetamine use. Warrant issued. Matter pending.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

6. The defendant shall reside and participate in an inpatient correctional treatment program to obtain assistance for drug and/or alcohol abuse, for a period of up to 90 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.

**Justification:**  On December 23, 2016, Arnoldo Duarte was before the Honorable Magistrate Judge Deborah Barnes for a Detention Hearing relative to a Violation/Warrant petition filed December 16, 2016, alleging ongoing methamphetamine use. At that hearing, Mr. Duarte was ordered released to the custody of the undersigned on December 27, 2016, for his transportation and participation in an inpatient drug treatment program to address his substance abuse.

Attached for the Court's consideration is a Waiver of Hearing to Modify Conditions, which is signed by Mr. Duarte, effectively adding inpatient drug treatment as a special condition of his supervised release.

Respectfully submitted,

**Garey R. White**
**Senior United States Probation Officer**
Telephone: (916) 930-4315

**DATED:**   12/27/2016

Reviewed by,

**George A. Vidales**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**Dated: December 29, 2016**

CC:

United States Probation

Assistant United States Attorney: Owen Roth

Defense Counsel: Sean Riordan

Troy L. Nunley
United States District Judge