HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
ARNOLDO DUARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-00231-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | |
| ARNOLDO DUARTE, | Date:  January 26, 2017<br>Time:  9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Arnoldo Duarte that the admit/deny hearing scheduled for January 26, 2017 be vacated and continued to March 30, 2017 at 9:30 a.m.

On December 23, 2016 the Court ordered Mr. Duarte released from custody to inpatient treatment. A continuance would allow Mr. Duarte to complete inpatient treatment at WellSpace before his next court hearing. Probation Officer Garey White was notified of this request and has no objection.

DATED: January 24, 2017                    Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Noa E. Oren*
                                           NOA E. OREN
                                           Assistant Federal Defender

1  DATED: January 24, 2017               PHILLIP A. TALBERT
2                                         United States Attorney
3                                         */s/ Owen Roth*
                                          OWEN ROTH
4                                         Assistant U.S. Attorney
                                          Attorney for Plaintiff
5

6

7

8                                    **ORDER**

9          The Court orders the January 26, 2017 admit/deny hearing continued to March 30,

10   2017, at 9:30 a.m.

11   Dated:  January 24, 2017

12

13                                        _____
                                          Troy L. Nunley
14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28