1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                      IN THE UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:16-CR-231 TLN
12 |                        Plaintiff,       |
   |                                         | MOTION TO DISMISS VIOLATION OF
13 |            v.                           | SUPERVISED RELEASE PETITION
14 | ARNOLDO DUARTE,                         |
   |                                         | DATE: March 28, 2017
15 |                        Defendant.       | COURT: Hon. Troy L. Nunley

16

17     The United States Probation Office hereby moves to dismiss the pending petition for a violation

18 of supervised release. (Dkt. No. 2.) This motion is made in the interests of justice, and without

19 prejudice.

20 Dated: March 28, 2017                           GAREY WHITE
                                                   Senior U.S. Probation Officer
21

22                                          By:    /s/ GEORGE VIDALES
                                                   GEORGE VIDALES
23                                                 Supervising U.S. Probation Officer

24

25 /s/ OWEN ROTH _____
   OWEN ROTH
26 Assistant United States Attorney

27

28

                                              1

1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-231 TLN |
12 |                Plaintiff,  | ORDER |
13 |         v.                 | COURT: Hon. Troy L. Nunley |
14 | ARNOLDO DUARTE,            | |
15 |                Defendant.  | |

16

17    The motion to dismiss the pending petition for a violation of supervised release is granted. The

18 dismissal is without prejudice.

19    **IT IS SO ORDERED.**

20 Dated: March 29, 2017

21

22

23                                               Troy L. Nunley
                                                 United States District Judge
24

25

26

27

28

                                              2