UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 8, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARNOLDO DUARTE,

Defendant.

Case No.  2:16-CR-00231-01

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARNOLDO DUARTE ,

Case No.  2:16-CR-00231-01  Charge 18 U.S.C. § 3606 , from custody for the following

reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

__X__    (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on February 8, 2018 at 9:55 AM.

By: _____

District Judge Troy L. Nunley