UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 8, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEEL A. DAVIS,

Defendant.

Case No. 2:15-CR-00005-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release STEEL A. DAVIS, Case No. 2:15-CR-00005-01 Charge 18 U.S.C. § 1343, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

____ Unsecured Appearance Bond $ _____

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): The Court Ordered the defendant released pending sentencing and orders a $50,000 unsecured bond, co-signed by Dawn and Frank Tolson, with the defendant subject to pretrial services' supervision and the special conditions listed on page 4 of the pre-trial services report signed February 6, 2018.

Issued at Sacramento, California on February 8, 2018 at 10:45 AM.

By: _____
District Judge Troy L. Nunley