

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Arnoldo Duarte,<br><br>                      Defendant. | FINDINGS AND RECOMMENDATION AND ORDER FOR REENTRY COURT JAIL SANCTION<br><br>Docket Number: 0972 2:16CR00231-001 |

On June 19, 2018, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of his Supervised Release by testing positive for methamphetamine. The Reentry Court Team has determined the defendant's violation conduct requires a jail sanction.

It is therefore recommended that the defendant serve 3 days imprisonment, to commence on July 27, 2018 and ending on July 29, 2018.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

7/24/18
Date

The Honorable Allison Claire
U.S. Magistrate Judge

RE: **Arnoldo Duarte**
  **Docket Number:** 0972 2:16CR00231-001
  **FINDINGS AND RECOMMENDATION AND**
  **ORDER FOR REENTRY COURT JAIL SANCTION**

These Findings and Recommendations are hereby adopted and approved. The defendant shall serve 3 days imprisonment, to commence on July 27, 2018 and end on July 29, 2018. The defendant is ordered to self-surrender to the United States Marshal no later than 2:00 p.m. on July 27, 2018.

_____7/25/18_____  _____
Date                                              The Honorable Troy L. Nunley
                                                       U.S. District Judge